**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RODNEY LAMPSON,           ) | 3:10-cv-0793-RCJ (RAM) |
|                           ) | |
|     Plaintiff,       ) | |
|                           ) | **ORDER** |
| vs.                       ) | |
|                           ) | |
| UTLS DEFAULT SERVICES, LLC, ) | |
|                           ) | |
|     Defendant.       ) | |

Plaintiff has filed an Application to Proceed *In Forma Pauperis* (Doc. #1).

Based on the information contained in the Application, it appears to the court that the Plaintiff's take-home wages are $3,700.00 per month and has stock valued at approximately $57,000.00. Therefore, the court concludes that Plaintiff has sufficient funds to pre-pay the filing fee in this matter.

**IT IS HEREBY ORDERED** that the Application to Proceed *In Forma Pauperis* (Doc. #1) is **DENIED**. Plaintiff shall have thirty (30) days in which to pay the full $350.00 filing fee for a civil action. The failure to do so will result in the dismissal of this action.

DATED: December 22, 2010.

_____
UNITED STATES MAGISTRATE JUDGE